■ MARY PURCELL, Respondent, v YORK BUILDING MAINTENANCE CORP., Appellant, et al., Defendant. [869 NYS2d 32]—

Plaintiff's deposition testimony that the floor on which she slipped was "very shiny" and "over waxed," without more, does not support an inference of negligent waxing or polishing (*see Davies v City of New York*, 39 AD3d 390 [2007], *lv denied* 9 NY3d 808 [2007]). Nor may such inference be made on the basis of plaintiff's testimony that a carpet and a yellow "caution" or "slippery" sign were placed on the floor shortly after her fall (*see Fernandez v Higdon El. Co.*, 220 AD2d 293 [1995]). We have considered plaintiff's other evidence and arguments and find them unavailing. Concur—Mazzarelli, J.P., Saxe, Catterson, Renwick and Freedman, JJ. [*See* 2008 NY Slip Op 31606(U).]